USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____ November 2, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------X
JOSHUA WIDRICK,                         :
                                        :
                  Plaintiff,            :
                                        :
     - against -                        :
                                        :
MONTAGE RESOURCES CORPORATION, et al.,  :        20 Civ. 09101
                                        :
                                        :
                  Defendant.            :
----------------------------------------X
MARK DINARDO,                           :
                                        :
                  Plaintiff,            :
                                        :
     - against -                        :
                                        :
MONTAGE RESOURCES CORPORATION, et al.,  :        20 Civ. 08416
                                        :
                                        :
                  Defendants.           :        **ORDER**
----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed
with the Court in connection with the two cases captioned
above, the Court noted that in all material respects the
complaints describe the same or substantially similar
underlying events arising out of the same or substantially
similar operative facts, and that the plaintiff and defendant
in the lower numbered action, 20 Civ. 08416, are the defendant
and plaintiff, respectively, in the higher-numbered action,
20 Civ. 09101. Accordingly, it is hereby

1

**ORDERED** that the Clerk of Court is directed to consolidate these actions for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower numbered case, 20 Civ. 08416; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 20 Civ. 09101, as a separate action and remove it from the Court's docket.

**SO ORDERED.**

Dated:     November 2, 2020
           New York, New York

_____
                        Victor Marrero
                        U.S.D.J.