**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARK DINARDO,<br><br>      Plaintiff,<br><br>  -against-<br><br>MONTAGE RESOURCES CORPORATION, RANDALL ALBERT, MARK BURROUGHS, GENE DAVIS, DON DIMITRIEVICH, RICHARD PATERSON, D. MARTIN PHILLIPS, JOHN REINHART, DOUGLAS SWANSON, and ROBERT ZORICH,<br><br>      Defendants. | Case No.:  1:20-cv-08416-VM |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mark Dinardo voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: December 22, 2020

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorneys for Plaintiff Mark Dinardo*